UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GRANITE MUSIC CORPORATION,
COOLWELL MUSIC,
TROUP LONDON MUSIC, AND
UNIVERSAL-POLYGRAM INTERNATIONAL
PUBLISHING, INC.,

                Plaintiffs,

                                            ORDER
    v.                                       09-CV-872A

CENTER STREET SMOKE HOUSE, INC.,
CREGG S. PAUL, AND
SCOTT R. PAUL,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 18, 2011, Magistrate Judge Foschio filed a Report and Recommendation, recommending that plaintiff's motion for entry of a default judgment be granted, that plaintiff be awarded statutory damages in the amount of $30,000 plus costs and attorneys' fees totaling $23,246.24, and that a permanent injunction prohibiting defendants from further copyright infringement should be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiff's motion

for entry of a default judgment is granted, plaintiff is awarded statutory damages in the amount of $30,000 plus costs and attorneys' fees totaling $23,246.24, and the Court grants a permanent injunction prohibiting defendants from further copyright infringement.

        The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

                                    *s/ Richard J. Arcara*
                                HONORABLE RICHARD J. ARCARA
                                UNITED STATES DISTRICT JUDGE

DATED: May 19, 2011